IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LERON W. HUSBANDS | * | |
| Plaintiff | * | |
| v. | * | Civ. A. No.:  8:20−cv−03618−PX |
| DREYFUSS MGMT. LLC, et al. | * | |
| Defendants | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff's Second Consent Motion to Extend Period of Dismissal Without Prejudice, it is this ___5th___ day of _____August_____, 2024, by the U.S. District Court for the District of Maryland:

ORDERED, that the Second Consent Motion is hereby granted; and it is further,

ORDERED, that the period of dismissal without prejudice under the Court's Settlement Order (ECF No. 79) and July 3, 2024 Order (ECF No. 81) is hereby extended until August 23, 2024; and it is further,

ORDERED, that any party shall have the right to move for good cause on or before August 23, 2024 to reopen this action if settlement is not consummated; and it is further,

ORDERED, that the Settlement Order (ECF No. 79), as modified by the July 3, 2024 Order (ECF No. 81) and this Order, shall otherwise remain in full force and effect.

_____
                    /S/
_____
PAULA XINIS
United States District Judge